**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-7619**
_____

MARVIN X. DAMON,

Plaintiff - Appellant,

v.

BART MASTERS, Warden; JOHN BOWLING, Food Service
Administrator; J. TABOR, Assistant Food Service
Administrator; JOHN BOYD, Food Service Employee,

Defendants - Appellees.

-----------------------------------------

RODERICK AND SOLANGE MACARTHUR JUSTICE CENTER; AMERICAN
CIVIL LIBERTIES UNION; ACLU OF WEST VIRGINIA FOUNDATION,

Amici Supporting Appellant.

_____

Appeal from the United States District Court for the Southern
District of West Virginia, at Bluefield. David A. Faber, Senior
District Judge. (1:14-cv-26833)

_____

Submitted: March 31, 2016            Decided: April 5, 2016

_____

Before MOTZ, SHEDD, and AGEE, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Marvin X. Damon, Appellant Pro Se. Stephen Michael Horn,
Assistant United States Attorney, Charleston, West Virginia, for
Appellees. David M. Shapiro, RODERICK AND SOLANGE MACARTHUR

JUSTICE CENTER, Chicago, Illinois; David C. Fathi, AMERICAN CIVIL LIBERTIES UNION, Washington, D.C.; Jamie Lynn Crofts, ACLU OF WEST VIRGINIA FOUNDATION, Charleston, West Virginia, for Amici Supporting Appellant.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marvin Jerome Damon appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971), and the magistrate judge's order denying discovery. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Damon v. Masters, No. 1:14-cv-26833 (S.D. W. Va. Aug. 25, 2015; Sept. 18, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED